488 A.2d 1108

## COMMONWEALTH of Pennsylvania

v.

## William Thomas WHERRY, Appellant.

Supreme Court of Pennsylvania.

Argued March 4, 1985.

Decided March 20, 1985.

Charles F. Gilchrest, Routman, Moore, Goldstone & Valentino, Sharon, for appellant.

Samuel J. Orr, IV, Dist. Atty., James P. Epstein, First Asst. Dist. Atty., Charles S. Hersh, Asst. Dist. Atty., Mercer, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.